United States Bankruptcy Court
District of Arizona

In re:  
SANG NGOC NGUYEN  
    Debtor

Case No. 21-00993-EPB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 1  
Date Rcvd: Sep 10, 2021     Form ID: pdf008     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + JESSICA E BOWSER, 2336 EAST DOLPHIN AVENUE, MESA, AZ 85204-3731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARTIN J. BERKLEY | on behalf of Debtor SANG NGOC NGUYEN mjberkley@yahoo.com r50106@notify.bestcase.com |
| RUSSELL BROWN | on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SANG NGOC NGUYEN | | |
| **Case Number:** | 2:21-BK-00993-EPB | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 09, 2021 10:00 AM   TELEPHONIC HRGS | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. | | |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO | | |
| **Reporter / ECR:** | WESLEY STANGRET | | |

### Matter:

CONTINUED HEARING ON OBJECTION TO CHAPTER 13 PLAN OF REORGANIZATION FILED BY JESSICA BOWSER

**R / M #:**   22 / 0

### Appearances:

RACHEL FLINN, ATTORNEY FOR RUSSELL BROWN, TRUSTEE
AARON BERKLEY, ATTORNEY FOR SANG NGOC NGUYEN
JESSICA BOWSER, CREDITOR

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:21-BK-00993-EPB        THURSDAY, SEPTEMBER 09, 2021 10:00 AM

### Proceedings:

Ms. Bowser informs the Court that she followed up with the debtor via email regarding a stipulation to change the insurance. She states that Mr. Nguyen did not understand why she was bringing it up and hired a lawyer in the family court case to fight it. She tried to email his lawyer but has not received a reply. She notes that they have a conference set for on September 30, 2021.

Mr. Berkley states that his client's position is that his insurance is better and covers more. He explains that the deductions represent insurance and ongoing domestic support obligation.

Ms. Bowser believes that Mr. Berkley was to produce the details of the breakdown.

Mr. Berkley will do so to the trustee.

Ms. Flinn states that the recommendation on the plan will be filed this week. She has emailed Ms. Bowser and Mr. Berkley with the initial issues that she sees. She notes that Mr. Berkley responded noting that the Debtor would have no issue producing the requested documents. She asks to continue the hearing for 30 days to review all the items once received.

The Court notes that no one disputed that there is a family court order that imposes the insurance obligation on the Debtor. The Court states that it is up to the family court to decide whose obligation it is. The Court agrees to continue the hearing.

Ms. Bowser will take the next steps to file a motion to modify the current decree.

COURT: IT IS ORDERED continuing this matter to November 9, 2021 at 10:00 a.m. Parties shall appear telephonically by calling 877-810-9415, access code 1064631, a few minutes before the hearing.

Notice sent through the
Bankruptcy Noticing Center "BNC"
on 9-10-21 to the following:

Jessica Bowser
2336 East Dolphin Ave.
Mesa, AZ 85204