SO ORDERED.

Dated: May 10, 2022

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| **SANG NGOC NGUYEN,** | Case No.: 2:21-bk-00993-EPB |
| Debtor. | **ORDER GRANTING APPLICATION FOR DEBTOR'S EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

Upon consideration of the Application for Debtor's Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Application") filed by Jessica Bowser ("Bowser"), creditor and party-in-interest in the above-captioned Chapter 13 bankruptcy proceedings ("Bankruptcy Case") of Debtor Sang Ngoc Nguyen (the "Debtor"), requesting that the Court enter an order directing Debtor to appear, if needed, for an oral examination and to produce certain documents pursuant to RULE 2004 of the FEDERAL RULES OF BANKRUPTCY PROCEDURE, and for good cause appearing therefore:

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED** that:

1. The Application is granted in its entirety;
2. Bowser may examine, either in-person or via Zoom or other videoconference technology, Debtor, as set forth herein regarding any and/or all of the following topics: the acts, conduct, or property or the liabilities and financial condition of the Debtor, and/or any matter which

may affect the administration of the Debtor's estate, or to the Debtor's right to a discharge, including, but not limited to, the topics set forth in **Exhibit "A"** attached to the application.

3. The examination (if needed) shall be scheduled on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' notice.
4. The document production shall be due from the Debtor to Bowser within 30 days of the entry of this Order.

**DATED AND SIGNED ABOVE**